# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ONPOINT SYSTEMS, LLC § <br> § <br> v. § <br> § <br> PROTECT ANIMALS WITH § <br> SATELLITES, LLC § <br> § | Civil Action No. 4:20-cv-657 <br><br> Judge Mazzant |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Plaintiff's Motion for Status Conference (Dkt. #46). Having considered the Motion, the Court finds it should be **DENIED as moot**.

This is a patent infringement suit. On September 1, 2020, Plaintiff OnPoint Systems, LLC ("OPS") sued Defendant Protect Animals with Satellites, LLC ("PAWS") for infringing U.S. Patent No. 9,848,295 (the "'295 patent") (Dkt. #1). On June 11, 2021, OPS moved for leave to amend its complaint to add two additional patents to the case (Dkt. #42). Separately, OPS moved the Court for a status conference to discuss how the pending motion impacts the scheduling order (Dkt. #46). PAWS argues a status conference is premature while the motion for leave to amend remains pending (Dkt. #53).

On July 26, 2021, the Court granted OPS's Motion for Leave to File Second Amended Complaint (Dkt. #58). OPS's Motion for Status Conference to discuss the pending motion is now moot, as the underlying motion is no longer pending. If the parties would like to adjust specific deadlines, they may submit a joint motion to amend the scheduling order.

IT IS SO ORDERED.
SIGNED this 28th day of July, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE